(115 So. 857)
### VEST v. HOLMES et al. (8 Div. 691.)

Court of Appeals of Alabama. March 20, 1928.

J. N. Powell, of Decatur, for appellant.
Sample & Kilpatrick, of Hartsells, for appellees.

BRICKEN, P. J. The proceeding below, as shown by the record, is essentially a civil proceeding. The cause is here submitted on motion and merits. There being no assignment of errors on the record, the motion of appellee to affirm the judgment on those grounds must prevail. The motion is granted. Judgment affirmed.

Affirmed.